Opinion issued January 26, 2012.



 

 

 

 

 

              

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00909-CR

____________

 

j. l. menefee, ii,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 208th District Court 

Harris County, Texas

Trial Court Cause No. 1244878

 

 



MEMORANDUM
OPINION








               Appellant,
J. L. Menefee, II, attempts to appeal his May 13,
2011 conviction for the offense of theft.  Under Texas Rule of Appellate Procedure
26.2(a), a notice of appeal was due on or before June 13, 2011.  See
Tex. R. App. P. 26.2(a).  Appellant filed his notice of appeal on July
21, 2011, which is 38 days beyond the deadline to file his notice of appeal. 

               A
notice of appeal that complies with the requirements of Rule 26 is essential to
vest this court with jurisdiction.  See Slaton v. State, 981
S.W.2d 208, 210 (Tex. Crim. App. 1998).  The court of criminal appeals has expressly
held that, without a timely filed notice of appeal or motion for extension of
time, we cannot exercise jurisdiction over an appeal.  See Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim.
App. 1996); see also Slaton, 981
S.W.2d at 210.

Because the notice of appeal in this case was untimely, we have no basis
for jurisdiction over this appeal.  Accordingly, we dismiss the appeal for want of
jurisdiction.  See Tex. R.
App. P. 25.2(d), 42.3(a), 43.2(f).  We dismiss all pending motions as
moot.

PER CURIAM

Panel consists of Justices Jennings,
Sharp, and Brown. 

Do not publish.   Tex. R. App. P. 47.2(b).